**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Safevak, LLC, | 2:25-cv-01834-CDS-MDC |
| Plaintiff(s), | **ORDER** |
| vs. | |
| Schneider National Carriers, Inc., | |
| Defendant(s). | |

The law firms of Cory Reade Dows & Shafer and Craig P. Kenny & Associates filed a *Motion to Withdraw* ("Motion") as attorney of record for plaintiff, Safevak, LLC. *ECF No. 12*. Defendant Schneider National Carriers, Inc. filed a notice of non-opposition. *ECF No. 13*. The Court **GRANTS** the Motion.

"A corporation may appear in federal court only through licensed counsel." *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). *See also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel"). Safevak, LLC is cautioned that it must retain licensed counsel to represent it in this case.

//

//

1

Accordingly,

**IT IS ORDERED** that:

1.  Counsel's *Motion to Withdraw* (ECF No. 12) is **GRANTED.**

2.  Plaintiff Safevak, LLC must retain licensed counsel to represent it in this case and retained counsel must enter an appearance on the docket by **July 29, 2026**.

3.  Withdrawing Counsel shall serve copy of this Order and notice of all pending hearings and deadlines upon plaintiff Safevak, LLC at its last known address at:

> SAFEVAK, LLC
> c/o Dave Dooley, Jr.
> 200  Amber Pound Ln.
> Lafayette, LA 70508
> davedooley683@gmail.com

Date: June 29, 2026

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge